789 A.2d 654

IN THE MATTER OF ANTHONY J. FRESE, JUDGE OF THE PARSIPPANY–TROY HILLS MUNICIPAL COURT.

February 15, 2002.

**O R D E R**

The Advisory Committee on Judicial Conduct having filed with the Court a presentment recommending that **ANTHONY J. FRESE**, Judge of the Municipal Court of Parsippany–Troy Hills, be publicly reprimanded for violating Canons 1 and 2A of the Code of Judicial Conduct and *Rule* 1:15–8(a)(6);

And, respondent, through counsel, having waived his right to a hearing before the Supreme Court;

And good cause appearing;

It is ORDERED that the presentment of the Advisory Committee on Judicial Conduct is adopted and **ANTHONY J. FRESE** is hereby publicly reprimanded.